| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) MEANS, TERRY R | 2. Court or Organization UNITED STATES DISTRICT COURT | 3. Date of Report 4/27/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE--ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 201 U.S. COURTHOUSE 501 WEST 10TH STREET FORT WORTH, TEXAS 76102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Substitute Trustee | Testamentary trust of filer's deceased grandmother |
| 2. Trustee | Testamentary Trust of filer's deceased mother |
| 3. Director | Lewis Means, Inc. (█████ closely held corporation) |

2004 MAY -4 A 10: 50 FINANCIAL DISCLOSURE OFFICE RECEIVED

# II. AGREEMENTS.   - (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |



## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1.   2003 | Shannon, Gracey, Ratliff & Miller, LLP | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Fort Worth Club | Honorary membership -- (dues) | $1,500 |
| 2. | The City Club | Honorary membership -- (dues) | $1,800 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Corsicana Nat'l Bank | 1/2 of first lien note -- (Part VII, line 2) | K |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Corsicana Nat'l Bank, Corsicana, Texas (accounts) | A | Interest | L | T | | | | | |
| 2.   1/2 interest in 16-unit apt. bldg. (1985) ($250.000) | A | Rent | L | R | | | | | |
| 3.   IRA #1 | | | | | | | | | |
| 4.   --AT&T Wireless common stock (last year: just AT&T) | A | Dividend | J | T | Sale | 01-06 | J | A | |
| 5.   --Chevron Texaco common stock | A | Dividend | J | T | | | | | |
| 6.   --Prime Fund--Capital Res. Class (money market) | A | Interest | J | T | | | | | |
| 7.   --AT&T common stock | A | Dividend | J | T | Sale | 01-06 | J | A | |
| 8.   --3M Co. (name changed from Minnesota Mining 4/8/02) | A | Dividend | J | T | Partial Sale | 01-06 | J | A | |
| 9.   --Tyco Int'l common stock (merger w/ Sensormatic 2001) | A | Dividend | J | T | | | | | |
| 10.   --Eastman Kodak common stock | A | Dividend | J | T | Sale | 01-06 | J | A | |
| 11.   --Microsoft Corp. common stock | | | | | | | | | |
| 12.   --Home Depot common stock | A | Dividend | J | T | | | | | |
| 13.   --Comcast Corp. common stock (See Part VIII) | A | Dividend | J | T | Sale | 01-06 | J | A | |
| 14.   ExxonMobil common stock | A | Dividend | J | T | Purchase | 01-06 | J | | |
| 15.   Wal-Mart common stock | A | Dividend | J | T | Purchase | 01-06 | J | | |
| 16.   ABA Members Retirement Plan (#15 last year) | A | Dividend | J | T | | | | | |
| 17.   Corsicana Bankshares common stock (#16 last year) | B | Dividend | J | T | | | | | |
| 18.   Testamentary trust of filer's deceased mother (#17 last yr) | | | L | W | | | | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000       P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| | | | | |
|---|---|---|---|---|
| Name of Person Reporting | | | | Date of Report |
| MEANS, TERRY R | | | | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.   --Lewis Means Inc. common stock (#18 last year) | | None | L | W | | | | | |
| 20.   Testamentary trust of filer's grandmother (#19 last year) | | | | | | | | | |
| 21.   --Mineral rights, parcel 1, Lea Co., NM (#20 last year) | A | Royalty | J | Q | | | | | |
| 22.   --Mineral rights, parcel 2, Lea Co., NM (#21 last year) | A | Royalty | J | Q | | | | | |
| 23.   Overriding royalty, Navarro Co., TX  (#22 last year) | A | Royalty | J | S | | | | | |
| 24.   Mineral interest, Pecos Co., TX (#23 last year) | A | Royalty | J | S | | | | | |
| 25.   Mineral interest, Ward Co., TX (#24 last year) | A | Royalty | J | S | | | | | |
| 26.   Mineral int. #1, Zapata Co., TX (#25 last year) | C | Royalty | J | S | | | | | |
| 27.   Mineral int. #2, Zapata Co., TX (#26 last year) | C | Royalty | J | S | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MEANS, TERRY R | 4/27/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Line 2 of Part VI: B.J.Smith note disclosed at that line in previous years has been paid off.

Line 2 of Part VII: This property is located in Corsicana, Texas.

Line 13 of Part VII: Last year's report erroneously shows a sale on 11-19-03. That should have been shown on line 14 for an AT&T Corp. distribution. The Comcast disclosures should have shown, under B(1), "A"; under B(2), "Dividend"; under C(1), "J"; and under C(2), "T."

Lines 21 - 25 of Part VII contain some identifying information that I realize is in excess of what is necessary. But because my spouse owns many small mineral interests I must place on the report enough information to be able to quickly locate in my records those same interests and their appraised values from year to year.

Line 23 of Part VII should include the description "(Brown-De Haes)($1,180)."

Line 24 of Part VII should include the description "(Bailey)($540)."

Line 25 of Part VII should include the description "(Howe)($3,900)."

Line 26 of Part VII should include the description "(T9550 Vidaurri)($7,260)."

Line 27 of Part VII should include the description "(T9563 Vidaurri)($5,180)."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature    Date _4- 27-04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544